**Collin Lee QUICK, Plaintiff—Appellant,**

v.

**Cari Queen HENNEN; Gary Intinarelli; Rod Staudinger; Serge Duarte; Dave Peters; Wayne Kratzer; Gary Will; Steve Alexander; Jay Newell, Defendants—Appellees.**

No. 01–57230.
D.C. No. CV–99–07826–RSWL.

United States Court of Appeals, Ninth Circuit.

---

Submitted Dec. 6, 2002.*

Decided Dec. 10, 2002.

Before D.W. NELSON, T.G. NELSON, Circuit Judges, and SCHWARZER,** District Judge.

### MEMORANDUM ***

Collin Lee Quick appeals an order granting summary judgment for the defendant-appellees in this case. The district court found that Quick's claims were barred by the statute of limitations. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We review de novo whether the statute of limitations has run. *Underwood Cotton Co. v. Hyundai Merchant Marine, Inc.,* 288 F.3d 405, 407 (9th Cir.2002). We also review a grant of summary judgment de novo. *See, e.g., Brown v. Li,* 299 F.3d 1092, 1100 (9th Cir.2002). Considering the evidence in the light most favorable to the nonmoving party, we must decide both whether any genuine issues of material fact exist and whether the district court correctly applied the substantive law. *See id.*

Here, the pleadings and the evidence in the record demonstrate that the statute of limitations time-bars Quick's claim as it relates to both the 1987 and the 1990 searches. The one-year statute of limitations on claims arising from the 1987 search begun to run on May 14, 1991, when a federal district court dismissed the relevant charges against Quick. The statute of limitations on claims arising from the 1990 search ran from August 12, 1991, until December 9, 1991, and began running again on September 27, 1997, when the California Court of Appeal reversed Quick's conviction on direct appeal. *See Harvey v. Waldron,* 210 F.3d 1008, 1013 (9th Cir.2000). The district court correctly applied the relevant substantive law.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or used by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.